TODD A. NOAH (SBN 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:   tnoah@dergnoah.com

Attorneys for Plaintiff
GENESIS MEDICAL INTERVENTIONAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENESIS MEDICAL INTERVENTIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ST. JUDE MEDICAL, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV 09-5123 MEJ <br><br> **JOINT STATUS REPORT REGARDING PENDING REEXAMINATION PROCEEDINGS** |

Pursuant to the Order Staying Case and Suspending All Deadlines, dated March 11, 2010 (Docket Item 19), Plaintiff Genesis Medical Interventional, Inc. ("GMI") and Defendant St. Jude Medical, Inc. ("St. Jude Medical"), hereby submit the following joint status report regarding the pending reexamination proceedings in the United States Patent and Trademark Office ("USPTO") concerning the patent in suit.

STATUS REPORT

At this time, the reexamination proceedings relating to the patent in suit are continuing.  The Patent Office has issued a final Office Action, to which the patent owner has yet to respond.  The parties

-1-

JOINT STATUS REPORT REGARDING PENDING REEXAMINATION PROCEEDINGS       Case No. CV 09-5123 MEJ

agree that the case should remain stayed and all deadlines remain suspended at this time, and they will submit another joint status report in six months.

Dated: March 11, 2011                                          DERGOSITS & NOAH LLP


                                                               By: /s/ Todd A. Noah
                                                                   Todd A. Noah
                                                                   Attorneys for Plaintiff
                                                                   GENESIS MEDICAL
                                                                   INTERVENTIONAL, INC.


    I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Frederick S. Chung.

                                /s/ Todd A. Noah


    IT IS SO ORDERED:

Dated:  March __14__, 2011                        _____
                                                  Hon. Maria-Elena James
                                                  United States Magistrate Judge