TODD A. NOAH (SBN 152328)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, California 94111
Tel: (415) 705-6377
Fax: (415) 705-6383
E-mail:  tnoah@dergnoah.com

Attorneys for Plaintiff and Counterclaimant
GENESIS MEDICAL INTERVENTIONAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENESIS MEDICAL INTERVENTIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ST. JUDE MEDICAL, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. CV 09-5123 MEJ <br><br> **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

-1-

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE
Case No. CV 09-5123 MEJ

Plaintiff Genesis Medical Interventional, Inc. and defendant St. Jude Medical, Inc. ("the Parties") hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DERGOSITS & NOAH LLP

Dated: May 16, 2011                By:  /s/ Todd A. Noah
                                        Todd A. Noah
                                        Attorneys for Plaintiff and Counterdefendant
                                        GENESIS MEDICAL INTERVENTIONAL, INC.


GIBSON, DUNN & CRUTCHER LLP


Dated: May 16, 2011                By:  /s/ Frederick S. Chung
                                        Frederick S. Chung
                                        Attorneys for Defendant and Counterclaimant
                                        ST. JUDE MEDICAL, INC.


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Frederick S. Chung.


                    /s/ Todd A. Noah


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: May 17, 2011                _____
                                   Hon. Maria-Elena James
                                   U.S. Magistrate Judge

-2-